No. D–1115. IN RE DISBARMENT OF D'ALBORA. It is ordered that John B. D'Albora, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.